ORDERED.

**Dated:  April 21, 2023**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*
**www.flmb.uscourts.gov**

In re:

**Tampa Hyde Park Café Properties, LLC**                    **Case No.: 8:23-bk-00448**
                                                            **Chapter 11**

**Debtor.**

_____/

**ORDER GRANTING IN PART MOTION FOR RELIEF**
**FROM AUTOMATIC STAY, AND CONTINUING HEARING (Doc.# 48)**

**THIS CAUSE**, came before the Court for a hearing on April 17, 2023, upon Creditor, Party of Five Investments LLC's Motion for Relief from Automatic Stay to Proceed with Foreclosure Sale and Appeal (Doc.# 48) (the "Motion"), and the Court having considered the Motion and being otherwise duly advised, it is hereby **ADJUDGED AND ORDERED** as follows:

1.      The Motion is GRANTED, in part.

2.      The Court grants relief from the automatic stay to allow the appeal pending in the Second District Court of Appeal, Case No.: 2D22-4030 to proceed.

3.      The hearing on the Motion is otherwise continued to May 15, 2023, at 2:00 p.m.

Attorney for Creditor Party of Five Investments, LLC, Liben Amedie, Esquire, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within three (3) days of entry of this order.