ORDERED.

**Dated: May 19, 2023**

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Tampa Hyde Park Cafe Properties, LLC,         Chapter 11
                                          Case No. 8:23-bk-00448-CED

      Debtor.
_____/

### ORDER DENYING DEBTOR'S APPLICATION TO APPROVE EMPLOYMENT OF W. BART MEACHAM

THIS CAUSE came on for continued hearing on May 15, 2023, in order to consider the Debtor's Application to Approve Employment of W. Bart Meacham (Doc. 43) ("Application"); the United States Trustee's Objection to the Application to Approve Employment of W. Bart Meacham (Doc. 64) and the United States Trustee's Supplemental Objection to Debtor's Application to Approve Employment of W. Bart Meacham (Doc. 107) (collectively, the "United States Trustee's Objections"); and Larry S. Hyman's Joinder to United States Trustee's Objection to Debtor's Application to Approve Employment of W. Bart Meacham and Larry S. Hyman's Objection to Application to Approve Employment (Doc. 77) and Larry S. Hyman's Supplemental Objection to Debtor's Application to Employ W. Bart Meacham as Counsel (Doc. 97) (collectively, "Hyman's Objections").  The Court further considered the documents filed by the Debtor and Mr. Meacham in support of the Application and in response to the United States Trustee's Objections and Hyman's Objections (Doc. 44, 79, 88, 126, and 127). For the reasons stated orally and recorded in open Court, the Court

determined that the Application should be disapproved and the United States Trustee's Objections sustained.  Accordingly, it is

ORDERED that:

1. The Court disapproves the Debtor's Application to Approve Employment of W. Bart Meacham (Doc. 43);

2. The Court sustains the United States Trustee's Objection to the Application to Approve Employment of W. Bart Meacham (Doc. 64) and the United States Trustee's Supplemental Objection to Debtor's Application to Approve Employment of W. Bart Meacham (Doc. 107);

3. Larry S. Hyman's Joinder to United States Trustee's Objection to Debtor's Application to Approve Employment of W. Bart Meacham and Larry S. Hyman's Objection to Application to Approve Employment (Doc. 77) and Larry S. Hyman's Supplemental Objection to Debtor's Application to Employ W. Bart Meacham as Counsel (Doc. 97) are resolved as moot;

4. Debtor shall have until June 6, 2023, to retain general counsel; and

5. Failure to timely retain counsel shall be a basis for dismissal or conversion to chapter 7.

Copies to be served by BNC to Debtor, Debtor's Attorney, United States Trustee, All creditors