ORDERED.

**Dated: June 26, 2023**

_Caryl E. Delano_

Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Tampa Hyde Park Cafe Properties, LLC,                    Chapter 11
                                                        Case No. 8:22-bk-00448-CED

        Debtor.

_____/

### ORDER GRANTING UNITED STATES TRUSTEE'S
### MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE
### AND DENYING MOTION TO EXTEND

THIS CAUSE came on for continued hearing on June 20, 2023, in order to consider the United States Trustee's Motion to Dismiss or Convert Chapter 11 Case (Doc. 46 ("Motion to Dismiss or Convert") and Amended Motion to Extend Time to File Any Motion for Reconsideration and/or Appeal (Doc. 158) ("Motion to Extend"). For the reasons stated orally and recorded in open Court, the Court determined that the Motion to Dismiss or Convert should be granted, this case converted to a proceeding under Chapter 7 of the Bankruptcy Code, and the Motion to Extend denied. Accordingly, it is

        ORDERED that:

1. The Motion to Dismiss or Convert is granted and this case is converted to chapter 7;

2. By separate order, the Court will enter a form order converting this case to chapter 7; and

3. The Motion to Extend is denied.

Copies to be served by BNC to Debtor, Debtor's Attorney, United States Trustee, All creditors