ORDERED.

**Dated: August 18, 2023**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*
www.flmb.uscourts.gov

**In re:**

**Tampa Hyde Park Café Properties, LLC,**                    **Case No.: 8:23-bk-00448-CED**
                                                                  **Chapter 7**

           **Debtor.**

_____/

**ORDER GRANTING IN PART AND DENYING IN PART DEBTOR'S, TAMPA HYDE PARK CAFÉ PROPERTIES, LLC'S, VERIFIED EMERGENCY MOTION (I) TO CANCEL FORECLOSURE SALE SCHEDULED FOR AUGUST 22, 2023 AT 10:00 A.M., AND (II) FOR SANCTIONS AND OTHER RELIEF AGAINST PARTY OF FIVE INVESTMENTS, LLC FOR VIOLATION OF THE AUTOMATIC STAY**

THIS CAUSE came before the Court for hearing on August 16, 2023, upon *Debtor's, Tampa Hyde Park Café Properties, LLC's, Request for Emergency Hearing and Verified Emergency Motion (I) to Cancel Foreclosure Sale Scheduled for August 22, 2023 at 10:00 a.m., and (II) for Sanctions and Other Relief Against Party of Five Investments, LLC for Violation of the Automatic Stay* (Doc. No. 252) (the "Motion"). The Court, having considered the Motion and Party of Five Investments, LLC's Amended Response in Opposition thereto (Doc. No. 262), heard arguments of counsel and being otherwise duly advised, finds as follows:

A.      CPT Acquisitions, LLC, asserts that it is the current owner of the real property (the "Subject Property") described as:

Lots 10 and 11, Block 20, OSCAWANA, according to plat thereof as recorded in Plat Book 4, Page 85, of the Public Records of Hillsborough County, Florida.

Property address: 1801 W. Platt Street, Tampa, Florida 33606

**AND**

Lot 8, Block 21, OSCAWANA, according to plat thereof as recorded in Plat Book 4, Page 85, of the Public Records of Hillsborough County, Florida; together with the West 1/2 of closed right of way abutting thereon.

Property address: 1802 W. Platt Street, Tampa, Florida 33606.

B.      Debtor asserts a leasehold interest in the Subject Property.

C.      To the extent the automatic stay applied, this Court's *Order Granting Motion for Relief from Automatic Stay* (Doc. No. 137), (i) granted stay relief to allow Party of Five Investments, LLC, ("Party of Five") to proceed with the foreclosure action pending in the Thirteenth Judicial Circuit, captioned *Party of Five Investments, LLC v. Tampa Hyde Park Café Properties, LLC, et al.*, Case Number 20-CA-007143, against CPT Acquisitions, LLC, *but not with respect to holders of any leasehold interests* in the Subject Property; and (ii) denied Party of Five's motion for stay relief to the extent it seeks any relief against Debtor.

D.      On June 22, 2023, the Circuit Court entered its *Second Amended Uniform Final Judgment of Foreclosure* (the "Foreclosure Judgment") which (i) increased the amount of the attorney's fees and costs previously awarded to Party of Five by an additional $22,388.00; and (ii) scheduled a foreclosure sale for August 22, 2023 (the "Foreclosure Sale").

Accordingly, for the reasons stated on the record in open court which constitutes the decision of the Court, it is

**ORDERED:**

1.      The Motion is **GRANTED IN PART AND DENIED IN PART** as set forth herein.

2.      The August 22, 2023 Foreclosure Sale is not stayed and may proceed.

3.      The foreclosure and sale of the Subject Property will not terminate Debtor's leasehold interest or possession of the Subject Property. **In this regard, any purchaser of the Subject Property shall take title subject to the terms of Debtor's tenancy and to the automatic stay.** Any action to terminate Debtor's tenancy or right to possess the Subject Property will be void as a violation of the automatic stay.

4.      To the extent that the Foreclosure Judgment's award of additional fees and costs to Party of Five in the amount of $22,388.00 is a judgment against Debtor, the judgment is void as a violation of the automatic stay.

5.      Debtor's counsel, W. Bart Meacham, Esq., shall forthwith record a copy of this Order in the Official Records of Hillsborough County, Florida.

Attorney for Creditor Party of Five Investments, LLC, Jeffrey P. Lieser, Esquire, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within three (3) days of entry of this order.